**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MARIA VALFRENIA GODINEZ,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  **16-32883 JKS**

**NOTICE OF RESERVE ON CLAIM**

Creditor: NATIONSTAR MORTGAGE LLC
Trustee Claim #:  11
Court Claim #  5
Claimed Amount:  $21,112.27
Date Claim Filed:  03/06/2017

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Creditor is returning funds without explanation.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  September 06, 2019

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

MARIA VALFRENIA GODINEZ
32 RALPH ROAD
WEST ORANGE, NJ   07052

SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ   07901

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS, TX   75261-9741

NATIONSTAR MORTGAGE LLC
PO BOX 619094
DALLAS, TX   75261-9741

BUCKLEY MADOLE PC
99 WOOD AVENUE SOUTH
SUITE 803
ISELIN, NJ   08830